# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2845 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 161 DB 2021 |
| | : | |
| v. | : | Attorney Registration No. 48811 |
| | : | |
| | : | (Berks County) |
| MICHAEL GRAY LONGENHAGEN, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2021, upon consideration of the Verified Statement of Resignation, Michael Gray Longenhagen is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).